**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

PATRICIA YAK,

                       Plaintiff,

      -against-                                   19 **CIVIL** 5394 (PMH)

## JUDGMENT

BIGGERPOCKETS, LLC, et al.,

                       Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 10, 2020, Defendants' motion to dismiss the Amended Complaint is granted; accordingly, this case is closed.

**Dated:**  New York, New York
           September 11, 2020

                                                          **RUBY J. KRAJICK**
                                               _____
                                                      **Clerk of Court**
                                 **BY:**
                                                       _____
                                                         **Deputy Clerk**